IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MULTI-GLASS INTERNATIONAL
CORP.                                    :        CIVIL ACTION
                                         :
                                         :        NO.   02-4408
         VS.                             :
                                         :
                                         :

REFRACTORY & INSULATION
SUPPLY CORP., ET AL

### ORDER

     AND NOW, this 10th of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

     **ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Herbert J. Hutton to the Honorable William H. Yohn, Jr.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

MICHAEL E. KUNZ
Clerk of Court