IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MULTI-GLASS INTERNATIONAL CORP., | CIVIL ACTION |
| Plaintiff | |
| | NO.: 02-CV-4408 |
| v. | |
| REFRACTORY AND INSULATION SUPPLY CORP. AND JEFF CANTWELL, | |
| Defendants | |
| and | |
| KNAUF FIBER GLASS GmbH, | |
| Intervenor. | |

## KNAUF FIBER GLASS GmbH'S UNCONTESTED MOTION TO INTERVENE

Knauf Fiber Glass GmbH ("Knauf"), by and through its attorneys, Adelman Lavine Gold and Levin, a Professional Corporation, hereby moves this Court for the entry of an Order in the form attached hereto permitting it to intervene as a defendant to the above-captioned action (the "Action") under either Rule 24(a)(2) of the Federal Rules of Civil Procedure or Rule 24(b)(2) of the Federal Rules of Civil Procedure.

1.     Based on the facts and law set forth in the attached Stipulation, Knauf must be allowed, or in the alternative, should be allowed, to intervene as a defendant in the Action. A true and correct copy of the Stipulation is attached hereto as Exhibit "A" and is hereby incorporated herein by reference hereto.

2.     This Motion is uncontested by all interested parties, including, without limitation, Plaintiff, Multi-Glass International Corp., and Defendants, Refractory and Insulation Supply

Corp. and Jeff Cantwell.

WHEREFORE, Knauf respectfully requests that this Court enter an Order in the form attached hereto granting Knauf the right and permission to intervene as an original defendant to the Action, and granting such other and further relief as just and proper.

    Respectfully Submitted,

    ADELMAN LAVINE GOLD AND LEVIN
    A PROFESSIONAL CORPORATION

By: /s/                          10/31/2002
    BARRY D. KLEBAN, ESQUIRE
    BRADFORD J. SANDLER, ESQUIRE
    1900 Two Penn Center Plaza
    Philadelphia, PA 19102
    215-568-7515
    Counsel for Knauf Fiber Glass GmbH