# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MULTI-GLASS INTERNATIONAL CORP., | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO.: 02-CV-4408 |
| v. | : | |
| REFRACTORY AND INSULATION SUPPLY CORP. AND JEFF CANTWELL, | : | |
| Defendants | : | |
| and | : | |
| KNAUF FIBER GLASS GmbH, | : | |
| Intervenor. | : | |

## ORDER

AND NOW, this _____ day of _____, 2002, upon consideration of Knauf Fiber Glass GmbH's Motion to Intervene (the "Motion"), which Motion is uncontested, it is hereby ORDERED that the Motion is GRANTED, and that Knauf Fiber Glass GmbH ("Knauf") has the right and hereby is and shall be permitted to intervene as a defendant in the above-captioned action, and shall file with the Clerk of this Court and serve on counsel for the parties in the above-captioned action *via* United States first class mail, postage prepaid, its responsive pleading to the Complaint, within twenty (20) days of receipt of this Order by counsel for Knauf.

BY THE COURT:

_____, J.

cc:    Bradford J. Sandler, Esquire
Adelman Lavine Gold and Levin
A Professional Corporation
1900 Two Penn Center Plaza
Philadelphia, PA 19102

Douglas H. Riblet, Esquire
Curtin & Heefner, LLP
250 N. Pennsylvania Avenue, Box 217
Morrisville, PA 19067
Attorney for Multi-Glass International Corp.

Mark A. Vittese, Esquire
Gravino, Vittese and Jones, LLP
23 Euclid Street
P.O. Box 618
Woodbury, NJ 08096-7618
Attorney for RISCO and Jeff Cantwell

Richard G. Placey, Esquire
Montgomery, McCracken,
Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
Attorney for Pepper Hamilton, LLP,
as Escrow Agent