### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MULTI-GLASS INTERNATIONAL CORP., | CIVIL ACTION |
| Plaintiff | |
| | NO.: 02-CV-4408 |
| v. | |
| REFRACTORY AND INSULATION SUPPLY CORP. AND JEFF CANTWELL, | |
| Defendants | |
| and | |
| KNAUF FIBER GLASS GmbH, | |
| Intervenor. | |

### CERTIFICATE OF SERVICE

I, BRADFORD J. SANDLER, ESQUIRE, hereby certify that I caused to be served a true and correct copy of **Knauf Fiber Glass, GmbH's Motion To Intervene** on the parties listed on the attached Service List on the date indicated below and *via* prepaid overnight mail.

Date: 10/31/2002

BRADFORD J. SANDLER, ESQUIRE

See Attached List

## **Service List**

Douglas H. Riblet, Esquire
Curtin & Heefner, LLP
250 N. Pennsylvania Avenue, Box 217
Morrisville, PA 19067
Attorney for Multi-Glass International Corp.

Mark A. Vittese, Esquire
Gravino, Vittese and Jones, LLP
23 Euclid Street
P.O. Box 618
Woodbury, NJ 08096-7618
Attorney for RISCO and Jeff Cantwell

Richard G. Placey, Esquire
Montgomery, McCracken, Walker
  & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
Attorney for Pepper Hamilton, LLP,
as Escrow Agent