IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KNAUF FIBER GLASS GMBH, | : CIVIL ACTION |
| Plaintiff, | : NO. |
| v. | : 99cv-5741 |
| REFRACTORY AND INSULATION SUPPLY CORP. d/b/a RISCO, | : |
| Defendant. | : |

## COMPLAINT

Knauf Fiber Glass GMBH ("Knauf"), by and through its attorneys, Adelman Lavine Gold and Levin, a Professional Corporation, hereby files this Complaint against Refractory and Insulation Supply Corp. d/b/a RISCO ("RISCO"), and in support thereof avers as follows:

### The Parties, Jurisdiction and Venue

1. Plaintiff Knauf is a German corporation with its principal place of business located at 1 Knauf Drive, Shelbyville, Indiana 46176.

2. Upon information and belief, Defendant is a Pennsylvania corporation with its principal place of business located at 7900 Radcliffe Street, Building 101A, Bristol, Pennsylvania 19007.

3. Upon information and belief, as of the date this Complaint was filed, Plaintiff and Defendant are citizens of different states.

4. The amount in controversy exceeds, exclusive of interest and costs, the sum of $75,000.00.

5. This Court has jurisdiction over this proceeding pursuant to the provisions of 28 U.S.C. §1332.

6.  Venue is proper in this Court pursuant to 28 U.S.C. §1391(a).

## COUNT I
### BREACH OF CONTRACT

7.  The allegations set forth in paragraphs 1 through 6, above are incorporated herein by reference as though the same were set forth at length herein.

8.  At all times relevant hereto, Plaintiff engaged in the business of, *inter alia*, manufacturing and selling insulation products.

9.  At all times relevant hereto, Defendant was in the business of installing and supplying insulation-related products and services.

10. At various times, Defendant ordered merchandise from Plaintiff, which merchandise was sold and delivered by Plaintiff to Defendant whereby Defendant agreed and promised to pay Plaintiff for said merchandise within sixty (60) days from the date of shipment of said merchandise at the prices and under the terms agreed upon.

11. Defendant accepted said goods and merchandise at the prices and under the terms agreed upon.

12. As of October 23, 1999, Defendant owes Plaintiff for merchandise sold and delivered on various dates, which dates are more than sixty (60) days from the date said merchandise was shipped to Defendant, as indicated on the attached Accounts Receivable Aging Report, which report is attached hereto as Exhibit "A", and incorporated herein by reference, in the amount of $581,915.00 (the "Past Due Accounts Receivable"), together with interest and costs.

13. Demand has been made upon Defendant for payment of the Past Due Accounts Receivable, but despite such demand, Defendant has failed and refused to make payment.

WHEREFORE, Plaintiff, Knauf Fiber Glass GMBH, requests that the entry of judgment in its favor and against Defendant, Refractory and Insulation Supply Corp. d/b/a RISCO, in the

amount of Past Due Accounts Receivable (due and owing at the time of entry of judgment), together with interest, costs and such other and further relief as the Court deems just and proper.

## COUNT II
## UNJUST ENRICHMENT

16. The allegations set forth in paragraphs 1 through 15, above are incorporated herein by reference as though the same were set forth at length herein.

17. By virtue of Defendant's appropriation of Plaintiff's goods and merchandise without paying for same, Defendant has received the full benefit from said goods and merchandise.

18. The Defendant has been unjustly enriched, and the Plaintiff has suffered commensurate harm, in the amount of the Past Due Accounts Receivable, together with interest and costs.

**WHEREFORE**, Plaintiff, Knauf Fiber Glass GMBH, requests that the entry of judgment in its favor and against Defendant, Refractory and Insulation Supply Corp. d/b/a RISCO, in the amount of Past Due Accounts Receivable (due and owing at the time of entry of judgment), together with interest, costs and such other and further relief as the Court deems just and proper.

Respectfully submitted,

ADELMAN LAVINE GOLD AND LEVIN
A Professional Corporation

By: _____
Barry D. Kleban, Esquire
Bradford J. Sandler, Esquire
1900 Two Penn Center Plaza
Philadelphia, PA 19102-1799
(215) 568-7515
Attorneys for Plaintiff,
Knauf Fiber Glass GMBH

Date: 11/17/99

# Exhibit "A"

0/26/99 8:18      **Accounts Receivable Aging Report**      Page 1 of 3

Selecting Customers: = 003174
Aging Type: DFLT   Aged On: Due Date   Using Open Items Only   Not Using Closing Transactions

| Type | Reference No | TrnsDate | Due Date | Original Amount | Total Balance | Curr Amount | 1-30 10/25/1999 | 31-60 09/25/1999 | 61-90 08/26/1999 | 91+ 07/27/1999 |
|---|---|---|---|---|---|---|---|---|---|---|
| 03174 | | RISCO | | | | | | | | |
| | 3348770 | 5/5/1998 | 7/4/1998 | 2000.70 | 2,000.70 | | | | | 2,000.70 |
| | 3605973 | 11/20/1998 | 1/19/1999 | -388.38 | (388.38) | | | | | (388.38) |
| | 3721770 | 2/12/1999 | 4/13/1999 | 13763.05 | 13,763.05 | | | | | 13,763.05 |
| | 3722820 | 2/12/1999 | 4/13/1999 | 3216.20 | 3,216.20 | | | | | 3,216.20 |
| | 3721130 | 2/14/1999 | 4/15/1999 | 12323.35 | 12,323.35 | | | | | 12,323.35 |
| | 3732200 | 2/19/1999 | 4/20/1999 | 2409.13 | 2,409.13 | | | | | 2,409.13 |
| | 3732040 | 2/20/1999 | 4/21/1999 | 3971.76 | 3,971.76 | | | | | 3,971.76 |
| | 3732010 | 2/20/1999 | 4/21/1999 | 8702.88 | 8,702.88 | | | | | 8,702.88 |
| | 3734630 | 2/23/1999 | 4/24/1999 | 4017.42 | 4,017.42 | | | | | 4,017.42 |
| | 3734640 | 2/23/1999 | 4/24/1999 | 5896.67 | 5,896.67 | | | | | 5,896.67 |
| | 3740590 | 2/26/1999 | 4/27/1999 | 9501.47 | 9,501.47 | | | | | 9,501.47 |
| | 3740650 | 2/26/1999 | 4/27/1999 | 8240.84 | 8,240.84 | | | | | 8,240.84 |
| | 3740600 | 2/26/1999 | 4/27/1999 | 4792.91 | 4,792.91 | | | | | 4,792.91 |
| | SC0299 | 2/28/1999 | 2/28/1999 | 3152.47 | 3,152.47 | | | | | 3,152.47 |
| | 3743260 | 3/2/1999 | 5/1/1999 | 15641.64 | 15,641.64 | | | | | 15,641.64 |
| | 3748580 | 3/4/1999 | 5/3/1999 | 3802.52 | 3,802.52 | | | | | 3,802.52 |
| | 3748560 | 3/4/1999 | 5/3/1999 | 3221.28 | 3,221.28 | | | | | 3,221.28 |
| | 3754490 | 3/10/1999 | 5/9/1999 | 2177.69 | 2,177.69 | | | | | 2,177.69 |
| | 3753180 | 3/10/1999 | 5/9/1999 | 15928.94 | 15,928.94 | | | | | 15,928.94 |
| | 3734642 | 3/10/1999 | 5/9/1999 | 833.76 | 833.76 | | | | | 833.76 |
| | 3756190 | 3/12/1999 | 5/11/1999 | 8857.13 | 8,857.13 | | | | | 8,857.13 |
| | 3756380 | 3/12/1999 | 5/11/1999 | 7464.21 | 7,464.21 | | | | | 7,464.21 |
| | 3764960 | 3/18/1999 | 5/17/1999 | 9618.37 | 9,618.37 | | | | | 9,618.37 |
| | 3766480 | 3/19/1999 | 5/18/1999 | 2218.57 | 2,218.57 | | | | | 2,218.57 |
| | 3766150 | 3/19/1999 | 5/18/1999 | 1978.80 | 1,978.80 | | | | | 1,978.80 |
| | 3768500 | 3/21/1999 | 5/20/1999 | 9533.63 | 9,533.63 | | | | | 9,533.63 |
| | 3770460 | 3/23/1999 | 5/22/1999 | 14846.06 | 14,846.06 | | | | | 14,846.06 |
| | 3751610 | 3/25/1999 | 5/24/1999 | 835.64 | 835.64 | | | | | 835.64 |
| | 3777250 | 3/26/1999 | 5/25/1999 | 3106.81 | 3,106.81 | | | | | 3,106.81 |
| | 3776730 | 3/27/1999 | 5/26/1999 | 6742.76 | 6,742.76 | | | | | 6,742.76 |
| | 3776690 | 3/27/1999 | 5/26/1999 | 10075.57 | 10,075.57 | | | | | 10,075.57 |
| | 3772150 | 3/29/1999 | 5/28/1999 | 13282.92 | 13,282.92 | | | | | 13,282.92 |
| | SC0399 | 3/31/1999 | 3/31/1999 | 3373.05 | 3,373.05 | | | | | 3,373.05 |
| | 3783790 | 4/3/1999 | 6/2/1999 | 14732.16 | 14,732.16 | | | | | 14,732.16 |
| | 3788690 | 4/6/1999 | 6/5/1999 | 3419.10 | 3,419.10 | | | | | 3,419.10 |
| | 3790400 | 4/7/1999 | 6/6/1999 | 3086.93 | 3,086.93 | | | | | 3,086.93 |
| | 3792130 | 4/8/1999 | 6/7/1999 | 402.22 | 402.22 | | | | | 402.22 |
| | 3793010 | 4/12/1999 | 6/11/1999 | 4793.26 | 4,793.26 | | | | | 4,793.26 |
| | 3792950 | 4/12/1999 | 6/11/1999 | 7117.09 | 7,117.09 | | | | | 7,117.09 |
| | 3804450 | 4/16/1999 | 6/15/1999 | 4982.59 | 4,982.59 | | | | | 4,982.59 |
| | 3804470 | 4/16/1999 | 6/15/1999 | 8357.40 | 8,357.40 | | | | | 8,357.40 |
| | 3805250 | 4/19/1999 | 6/18/1999 | 2991.23 | 2,991.23 | | | | | 2,991.23 |
| | 3800560 | 4/19/1999 | 6/18/1999 | 7326.45 | 7,326.45 | | | | | 7,326.45 |
| | 3804452 | 4/21/1999 | 6/20/1999 | -149.48 | (149.48) | | | | | (149.48) |
| | 3792952 | 4/21/1999 | 6/20/1999 | -213.51 | (213.51) | | | | | (213.51) |
| | 3804472 | 4/21/1999 | 6/20/1999 | -220.19 | (220.19) | | | | | (220.19) |
| | 3783792 | 4/21/1999 | 6/20/1999 | -408.86 | (408.86) | | | | | (408.86) |
| | 3800562 | 4/21/1999 | 6/20/1999 | -226.51 | (226.51) | | | | | (226.51) |
| | 3811610 | 4/22/1999 | 6/21/1999 | 1465.56 | 1,465.56 | | | | | 1,465.56 |
| | 3812510 | 4/26/1999 | 6/25/1999 | 14639.48 | 14,639.48 | | | | | 14,639.48 |
| | 3802400 | 4/26/1999 | 6/25/1999 | 10493.18 | 10,493.18 | | | | | 10,493.18 |
| | 3818620 | 4/28/1999 | 6/27/1999 | 8102.55 | 8,102.55 | | | | | 8,102.55 |
| | 3818610 | 4/28/1999 | 6/27/1999 | 9002.23 | 9,002.23 | | | | | 9,002.23 |
| | 3819990 | 4/29/1999 | 6/28/1999 | 1868.50 | 1,868.50 | | | | | 1,868.50 |
| | 3819900 | 4/29/1999 | 6/28/1999 | 97.95 | 97.95 | | | | | 97.95 |
| | SC0499 | 4/30/1999 | 4/30/1999 | 3261.75 | 3,261.75 | | | | | 3,261.75 |
| | 3825980 | 5/5/1999 | 7/4/1999 | 4477.15 | 4,477.15 | | | | | 4,477.15 |
| | 3825970 | 5/5/1999 | 7/4/1999 | 2237.37 | 2,237.37 | | | | | 2,237.37 |

## Accounts Receivable Aging Report

0/26/99 8:18                                                                                      Page 2 of 3

Selecting Customers: = 003174
Aging Type: DFLT    Aged On: Due Date    Using Open Items Only    Not Using Closing Transactions

| Type Reference No | TrnsDate | Due Date | Original Amount | Total Balance | Curr Amount 10/25/1999 | 1-30 09/25/1999 | 31-60 08/26/1999 | 61-90 07/27/1999 | 91+ |
|---|---|---|---|---|---|---|---|---|---|
| 03174 | RISCO | | | | | | | | |
| 3825860 | 5/7/1999 | 7/6/1999 | 7513.38 | 7,513.38 | | | | | 7,513.38 |
| 3825850 | 5/7/1999 | 7/6/1999 | 3843.98 | 3,843.98 | | | | | 3,843.98 |
| 3832060 | 5/11/1999 | 7/10/1999 | 5803.74 | 5,803.74 | | | | | 5,803.74 |
| 3822670 | 5/11/1999 | 7/10/1999 | 6261.85 | 6,261.85 | | | | | 6,261.85 |
| 3830210 | 5/11/1999 | 7/10/1999 | 12397.60 | 12,397.60 | | | | | 12,397.60 |
| 3833820 | 5/12/1999 | 7/11/1999 | 4529.94 | 4,529.94 | | | | | 4,529.94 |
| 3833790 | 5/12/1999 | 7/11/1999 | 4386.53 | 4,386.53 | | | | | 4,386.53 |
| 3836160 | 5/14/1999 | 7/13/1999 | 1985.13 | 1,985.13 | | | | | 1,985.13 |
| 3840930 | 5/15/1999 | 7/14/1999 | 11978.31 | 11,978.31 | | | | | 11,978.31 |
| 3842960 | 5/22/1999 | 7/21/1999 | 3807.52 | 3,807.52 | | | | | 3,807.52 |
| 3842930 | 5/22/1999 | 7/21/1999 | 6238.23 | 6,238.23 | | | | | 6,238.23 |
| 3854070 | 5/26/1999 | 7/25/1999 | 7621.06 | 7,621.06 | | | | | 7,621.06 |
| 3854060 | 5/26/1999 | 7/25/1999 | 7932.64 | 7,932.64 | | | | | 7,932.64 |
| 3854960 | 5/28/1999 | 7/27/1999 | 2950.32 | 2,950.32 | | | | | 2,950.32 |
| SC0599 | 5/31/1999 | 5/31/1999 | 3893.41 | 3,893.41 | | | | | 3,893.41 |
| 3864630 | 6/5/1999 | 8/4/1999 | 12409.41 | 12,409.41 | | | | 12,409.41 | |
| 3867170 | 6/6/1999 | 8/5/1999 | 8643.22 | 8,643.22 | | | | 8,643.22 | |
| 3867140 | 6/6/1999 | 8/5/1999 | 5699.01 | 5,699.01 | | | | 5,699.01 | |
| 3874240 | 6/10/1999 | 8/9/1999 | 1415.09 | 1,415.09 | | | | 1,415.09 | |
| 3871280 | 6/10/1999 | 8/9/1999 | 3109.90 | 3,109.90 | | | | 3,109.90 | |
| 3865070 | 6/10/1999 | 8/9/1999 | 347.82 | 347.82 | | | | 347.82 | |
| 3861670 | 6/10/1999 | 8/9/1999 | 220.98 | 220.98 | | | | 220.98 | |
| 3872300 | 6/12/1999 | 8/11/1999 | 12068.88 | 12,068.88 | | | | 12,068.88 | |
| 3874030 | 6/13/1999 | 8/12/1999 | 4123.48 | 4,123.48 | | | | 4,123.48 | |
| 3874020 | 6/13/1999 | 8/12/1999 | 4892.66 | 4,892.66 | | | | 4,892.66 | |
| 3881420 | 6/16/1999 | 8/15/1999 | 165.62 | 165.62 | | | | 165.62 | |
| 3878560 | 6/16/1999 | 8/15/1999 | 4753.28 | 4,753.28 | | | | 4,753.28 | |
| 3878550 | 6/16/1999 | 8/15/1999 | 11186.27 | 11,186.27 | | | | 11,186.27 | |
| 3877440 | 6/16/1999 | 8/15/1999 | 2885.90 | 2,885.90 | | | | 2,885.90 | |
| 3882570 | 6/18/1999 | 8/17/1999 | 14221.18 | 14,221.18 | | | | 14,221.18 | |
| 3890330 | 6/23/1999 | 8/22/1999 | 5054.76 | 5,054.76 | | | | 5,054.76 | |
| 3890320 | 6/23/1999 | 8/22/1999 | 7643.46 | 7,643.46 | | | | 7,643.46 | |
| 3890190 | 6/25/1999 | 8/24/1999 | 1622.41 | 1,622.41 | | | | 1,622.41 | |
| 3888130 | 6/25/1999 | 8/24/1999 | 2403.08 | 2,403.08 | | | | 2,403.08 | |
| 3891350 | 6/27/1999 | 8/26/1999 | 9984.56 | 9,984.56 | | | | 9,984.56 | |
| SC0699 | 6/30/1999 | 6/30/1999 | 4247.99 | 4,247.99 | | | | | 4,247.99 |
| 3874032 | 7/14/1999 | 9/12/1999 | -165.62 | (165.62) | | | (165.62) | | |
| SC0799 | 7/31/1999 | 7/31/1999 | 4768.38 | 4,768.38 | | | | 4,768.38 | |
| 3955330 | 8/16/1999 | 10/15/1999 | 1673.75 | 1,673.75 | | 1,673.75 | | | |
| 3955510 | 8/17/1999 | 10/16/1999 | 108.39 | 108.39 | | 108.39 | | | |
| 3955530 | 8/17/1999 | 10/16/1999 | 1809.23 | 1,809.23 | | 1,809.23 | | | |
| 3955470 | 8/17/1999 | 10/16/1999 | 2058.13 | 2,058.13 | | 2,058.13 | | | |
| 3956910 | 8/18/1999 | 10/17/1999 | 57.76 | 57.76 | | 57.76 | | | |
| 3959060 | 8/19/1999 | 10/18/1999 | 6522.42 | 6,522.42 | | 6,522.42 | | | |
| 3961070 | 8/20/1999 | 10/19/1999 | 12482.69 | 12,482.69 | | 12,482.69 | | | |
| 3968050 | 8/25/1999 | 10/24/1999 | 5580.03 | 5,580.03 | | 5,580.03 | | | |
| 3965330 | 8/25/1999 | 10/24/1999 | 1408.93 | 1,408.93 | | 1,408.93 | | | |
| 3969450 | 8/28/1999 | 10/27/1999 | 172.36 | 172.36 | 172.36 | | | | |
| 3968810 | 8/28/1999 | 10/27/1999 | 3923.49 | 3,923.49 | 3,923.49 | | | | |
| 3968800 | 8/28/1999 | 10/27/1999 | 11370.86 | 11,370.86 | 11,370.86 | | | | |
| 3968290 | 8/28/1999 | 10/27/1999 | 1429.98 | 1,429.98 | 1,429.98 | | | | |
| SC0899 | 8/31/1999 | 8/31/1999 | 5169.24 | 5,169.24 | | | 5,169.24 | | |
| 3976900 | 8/31/1999 | 10/30/1999 | 2549.81 | 2,549.81 | 2,549.81 | | | | |
| 3978060 | 9/5/1999 | 11/4/1999 | 5964.05 | 5,964.05 | 5,964.05 | | | | |
| 3977930 | 9/5/1999 | 11/4/1999 | 10000.96 | 10,000.96 | 10,000.96 | | | | |
| 3982720 | 9/8/1999 | 11/7/1999 | 15518.10 | 15,518.10 | 15,518.10 | | | | |
| 3981510 | 9/8/1999 | 11/7/1999 | 2762.72 | 2,762.72 | 2,762.72 | | | | |
| 3985610 | 9/10/1999 | 11/9/1999 | 10143.79 | 10,143.79 | 10,143.79 | | | | |

0/26/99 8:18

## Accounts Receivable Aging Report

Selecting Customers: = 003174
Aging Type: DFLT    Aged On: Due Date    Using Open Items Only    Not Using Closing Transactions

| ypeReference No | TrnsDate | Due Date | As Of: 10/26/1999 Original Amount | Total Balance | Curr Amount | 1-30 10/25/1999 | 31-60 09/25/1999 | 61-90 08/26/1999 | 91+ 07/27/1999 |
|---|---|---|---|---|---|---|---|---|---|
| 03174 | RISCO | | | | | | | | |
| 3983690 | 9/10/1999 | 11/9/1999 | 2640.36 | 2,640.36 | 2,640.36 | | | | |
| 3997240 | 9/17/1999 | 11/16/1999 | 2718.77 | 2,718.77 | 2,718.77 | | | | |
| 3996120 | 9/17/1999 | 11/16/1999 | 1430.66 | 1,430.66 | 1,430.66 | | | | |
| 3992560 | 9/17/1999 | 11/16/1999 | 12823.79 | 12,823.79 | 12,823.79 | | | | |
| 4004610 | 9/24/1999 | 11/23/1999 | 5043.28 | 5,043.28 | 5,043.28 | | | | |
| 4004540 | 9/24/1999 | 11/23/1999 | 7488.71 | 7,488.71 | 7,488.71 | | | | |
| SC0999 | 9/30/1999 | 9/30/1999 | 5423.93 | 5,423.93 | | 5,423.93 | | | |
| 4011350 | 9/30/1999 | 11/29/1999 | 8040.15 | 8,040.15 | 8,040.15 | | | | |
| 4011280 | 9/30/1999 | 11/29/1999 | 5603.15 | 5,603.15 | 5,603.15 | | | | |
| 4008210 | 10/2/1999 | 12/1/1999 | 12103.46 | 12,103.46 | 12,103.46 | | | | |
| 4014960 | 10/5/1999 | 12/4/1999 | 4095.30 | 4,095.30 | 4,095.30 | | | | |
| 4008212 | 10/7/1999 | 12/6/1999 | -1536.13 | (1,536.13) | (1,536.13) | | | | |
| 4020470 | 10/8/1999 | 12/7/1999 | 6552.92 | 6,552.92 | 6,552.92 | | | | |
| 4022950 | 10/10/1999 | 12/9/1999 | 2216.48 | 2,216.48 | 2,216.48 | | | | |
| 4022290 | 10/10/1999 | 12/9/1999 | 10541.11 | 10,541.11 | 10,541.11 | | | | |
| 4022140 | 10/10/1999 | 12/9/1999 | 13902.29 | 13,902.29 | 13,902.29 | | | | |
| 4028110 | 10/14/1999 | 12/13/1999 | 1251.70 | 1,251.70 | 1,251.70 | | | | |
| 4030000 | 10/15/1999 | 12/14/1999 | 11369.71 | 11,369.71 | 11,369.71 | | | | |
| 4033960 | 10/20/1999 | 12/19/1999 | 3759.64 | 3,759.64 | 3,759.64 | | | | |
| 4032800 | 10/20/1999 | 12/19/1999 | 6696.36 | 6,696.36 | 6,696.36 | | | | |
| 4029730 | 10/23/1999 | 12/22/1999 | 11819.25 | 11,819.25 | 11,819.25 | | | | |
| Totals for: | 12/22/1999 | Balance: | 12.3600000002 | 774,312.36 | 192,397.08 | 37,125.26 | 5,003.62 | 117,619.35 | 422,167.05 |
| | | # of Trns: | | 137.00 | 30.00 | 10 | 2 | 21 | 74 |
| | Grand Totals | Balance: | 774,312.36 | 774,312.36 | 192,397.08 | 37,125.26 | 5,003.62 | 117,619.35 | 422,167.05 |
| | | # of Trns: | | 137 | 30 | 10 | 2 | 21 | 74 |