IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KNAUF FIBER GLASS GMBH, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 99-5741 |
| v. | : | |
| REFRACTORY AND INSULATION SUPPLY CORP. d/b/a RISCO, | : | |
| Defendant. | : | |

**FILED**

MICHAEL E. KUNZ, Clerk

By_____ Dep. Clerk

## STIPULATED JUDGMENT AGAINST DEFENDANT AND IN FAVOR OF PLAINTIFF

AND NOW, effective as of this 24th day of February, 2000, Plaintiff and Defendant hereby agree and stipulate that Defendant waives all defenses of any kind and nature to the causes of action set forth in the Complaint in the above-captioned matter, and that a judgment in the amount of Seven Hundred Eighty-Eight Thousand Seven Hundred Forty-Six dollars and Thirteen cents (US $788,746.13) is be entered in favor of Plaintiff, Knauf Fiber Glass GMBH, and against Defendant, Refractory and Insulation Supply Corp. d/b/a RISCO, in the above-captioned matter.

GRAVINO, VITTESE & JONES, LLP

By: _____
Mark A. Vittese, Esquire
23 Euclid Street
P.O. Box 618
Woodbury, NJ 08096-7618
856-845-1323
Attorney for Defendant,
Refractory and Insulation
Supply Corp. d/b/a RISCO

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation

By: _____
Barry D. Kleban, Esquire
Bradford J. Sandler, Esquire
1900 Two Penn Center Plaza
Philadelphia, PA 19102
215-568-7515
Attorney for Plaintiff,
Knauf Fiber Glass, GMBH

**EXHIBIT P-1**
ALL-STATE® INTERNATIONAL

SO ORDERED on this _____ day of _____, 2000.

BY THE COURT,

_____, J.

COPIES BY MAIL ON: 3/15/00

TO: M. Vittese   B. Sandler

d:\389\46\pleading\order1.doc