IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MULTI-GLASS INTERNATIONAL CORP., | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO.: 02-CV-4408 |
| v. | : | |
| REFRACTORY AND INSULATION SUPPLY CORP. AND JEFF CANTWELL, | : | |
| Defendants | : | |
| and | : | |
| KNAUF FIBER GLASS GmbH, | : | |
| Intervenor. | : | |

## CERTIFICATE OF SERVICE

I, BRADFORD J. SANDLER, ESQUIRE, hereby certify that I caused to be electronically filed, and served on the parties listed on the attached Service List on the date indicated below and *via* prepaid United States first-class mail, a true and correct copy of **Knauf Fiber Glass GmbH's Answer with Affirmative Defenses, Counterclaim and Demand for Jury Trial.**

Dated: December 4, 2002

BRADFORD J. SANDLER, ESQUIRE

See Attached List

# Service List

Douglas H. Riblet, Esquire
Curtin & Heefner, LLP
250 N. Pennsylvania Avenue, Box 217
Morrisville, PA  19067
Attorneys for Multi-Glass International Corp.

Mark A. Vittese, Esquire
Gravino and Vittese
23 Euclid Street
P.O. Box 618
Woodbury, NJ  08096-7618
Attorneys for Risco and Jeff Cantwell

Richard G. Placey, Esquire
Montgomery, McCracken, Walker
  & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
Attorneys for Pepper Hamilton, LLP,
as Escrow Agent